UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| BRENDA K. HOLDEN, | ) | |
| | ) | NO.  CV-13-0068-LRS |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER OF DISMISSAL AS TO |
| | ) | WASHINGTON STATE PATROL |
| DARRELL HAYNES; RAMAR | ) | ONLY |
| ENTERPRISES & TRANSPORTATION; | ) | |
| DOE BUSINSS ENTITIES 1 THROUGH | ) | |
| 10, INCLUSIVE; WASHINGTON STATE | ) | |
| PATROL, AN AGENCY OF THE STATE | ) | |
| OF WASHINGTON; CITY OF SPOKANE, | ) | |
| A MUNICIPAL CORPORATION; | ) | |
| SPOKANE COUNTY, A LICENSED | ) | |
| GOVERNMENTAL ENTITY; AND ROE | ) | |
| POLICE OFFICERS 1 THROUGH 20, | ) | |
| INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**BEFORE THE COURT** is Plaintiff Brenda Holden's "Motion for Fed. R. Civ. P. 41(a)(2) All Causes of Action Against Washington State Patrol, Only" (ECF No. 14) filed July 15, 2013 and noted for hearing without oral argument on July 31, 2013.  Plaintiff moves that all her Causes of Action against Washington State Patrol, an Agency of the State of Washington, be dismissed with prejudice and without cost to any party.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Brenda Holden's unopposed Motion for Fed. R. Civ. P. 41(a)(2) All Causes of Action Against Washington

ORDER - 1

State Patrol, Only, **ECF No. 14,** is **GRANTED**. The claims of Plaintiff Holden against Defendant Washington State Patrol in the above-entitled cause of action shall be and are hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order and modify the caption consistent with this Order.

**DATED** this 31st day of July, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2