UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA K. HOLDEN,<br><br>                Plaintiff,<br><br>   vs.<br><br>DARRELL HAYNES; RAMAR ENTERPRISES & TRANSPORTATION; DOE BUSINESS ENTITIES 1 THROUGH 10, INCLUSIVE; WASHINGTON STATE PATROL, AN AGENCY OF THE STATE OF WASHINGTON; CITY OF SPOKANE, A MUNICIPAL CORPORATION; SPOKANE COUNTY, A LICENSED GOVERNMENTAL ENTITY; AND ROE POLICE OFFICERS 1 THROUGH 20, INCLUSIVE,<br><br>                Defendants. | NO. CV-13-0068-LRS<br><br>**ORDER DISMISSING CLAIMS AGAINST SPOKANE COUNTY WITH PREJUDICE** |

    **BEFORE THE COURT** is Plaintiff's unopposed MOTION FOR FED. R. CIV. P. 41(A)(2) ALL CAUSES OF ACTION AGAINST SPOKANE COUNTY, A LICENSED GOVERNMENTAL ENTITY, ONLY, ECF No. 23, filed on January 16, 2014, pursuant to Fed. R. Civ. P. 41(a)(2)(A)(i).  Plaintiff requests the dismissal be with prejudice and without costs to any party. Accordingly,

    **IT IS ORDERED** Plaintiff's motion (ECF No. 23), is **GRANTED** and all causes of action against Defendant Spokane County are **DISMISSED WITH**

ORDER - 1

**PREJUDICE.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and modify the caption accordingly.

**DATED** this   18th   day of February, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2