FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA K. HOLDEN,<br><br>               Plaintiff,<br><br>   v.<br><br>DARRELL G. HAYNES,<br><br>              Defendant. | No.   2:13-CV-0068-SMJ<br><br>**JURY VERDICT FORM B** |

We, the jury, find for the Defendant.

**DATED** this 20TH day of March 2015.

_____
Presiding Juror

Q:\SMJ\Civil\2013\Holden v. Haynes, et al-0068\Jury Verdict Form B.docx

JURY VERDICT FORM B